PICKERT LAND, GRAIN & STOCK–RAISING CO. v. LINN et al. (Circuit Court of Appeals, Eighth Circuit. May 8, 1900.) No. 1,395. In Error to the Circuit Court of the United States for the District of North Dakota. Walter C. Ong and Stephen C. Miller, for plaintiff in error. George S. Grimes, Seth Newman, Burleigh F. Spalding, and Winfield S. Stambaugh, for defendants in error. Motion by defendants in error to dismiss sustained, and writ of error dismissed, with costs.

---

PIRIE et al. v. CHICAGO TITLE & TRUST CO. In re FRANK et al. (Circuit Court of Appeals, Seventh Circuit. June 22, 1900.) No. 698. Appeal from the District Court of the United States for the Northern Division of the Northern District of Illinois. Zach Hofheimer, A. J. Pflaum, S. O. Levinson, and Jos. W. Moses, for appellants. Eli B. Felsenthal, Milton J. Foreman, and Herman Frank, for appellee. Before WOODS and GROSSCUP, Circuit Judges.

PER CURIAM. It is agreed by counsel that the question presented upon this record is identical with that decided by this court in Columbus Electric Co. v. Worden, 39 C. C. A. 582, 99 Fed. 400; In re Ft. Wayne Electric Corp., Id. The order below is therefore affirmed.

---

PITTSBURG, C., ST. L. & C. R. CO. v. LONG ISLAND LOAN & TRUST CO. (Circuit Court of Appeals, Seventh Circuit. January 31, 1899.) No. 241. Appeal from the Circuit Court of the United States for the District off Indiana. Lawrence Maxwell, Jr., and Charles E. Burr, for appellant. E. W. Kittredge and Joseph Wilby, for appellee. Dismissed on stipulation.

---

PURCELL MILL & ELEVATOR CO. v. KIRKLAND. (Circuit Court of Appeals, Eighth Circuit. May 17, 1900.) No. 1,199. In Error to the United States Court of Appeals in the Indian Territory. Nathan Frank, J. W. Hocker, and Zol. J. Woods, for plaintiff in error. Yancey Lewis, Henry M. Furman, C. L. Herbert, and Jesse Hill, for defendant in error. Dismissed, with costs.

---

ST. CHARLES CAR CO. v. HOUSE et al. CORBETT v. SAME. (Circuit Court of Appeals, Fifth Circuit. May 15, 1900.) Nos. 901, 902. Appeals from the Circuit Court of the United States for the Eastern District of Texas. Walter Gresham and D. F. Rowe, for appellant. F. C. Dillard, J. W. Terry, and T. W. Ford, for appellees. Before PARDEE and SHELBY, Circuit Judges, and MAXEY, District Judge.

PARDEE, Circuit Judge. These two appeals are in the same case and on the same record as the appeal in Railway Co. v. House (C. C. A.) 102 Fed. 112, and the motions to dismiss the appeals assign the same grounds as in the latter-mentioned case. There is no distinction of any moment in the matter of appeal in these cases. For the reasons assigned in Railway Co. v. House, the motions to dismiss are overruled.